FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2010

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TONY TRUJILLO,

　　　　　　　　Plaintiff,

　　　　v.

L.T. CASSELL, et al.,

　　　　　　　　Defendants.

) No. CV 05-4927 AG (FFM)
)
) JUDGMENT
)
)
)
)
)
)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: July 25, 2010

ANDREW J. GUILFORD
United States District Judge